```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA             :

     - v. -                          :

MALIK S. VOID,                       :
     a/k/a "Stacks,"
                                     :
                         Defendant.

- - - - - - - - - - - - - - - - - -x
```



**INDICTMENT**

07 CRIM 1120

JUDGE PRESKA

## COUNT ONE

The Grand Jury charges:

1.  From on or about August 27, 2007, up to and including on or about September 19, 2007, in the Southern District of New York and elsewhere, MALIK S. VOID, a/k/a "Stacks," the defendant, not being a licensed importer, licensed manufacturer, or licensed dealer, unlawfully, willfully, and knowingly did engage in the business of importing, manufacturing, and dealing in firearms, and in the course of such business did ship, transport, and receive firearms in interstate commerce, to wit, VOID sold firearms which previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(a)(1)(A), and 2).

## COUNT TWO

The Grand Jury further charges:

2.  From on or about September 4, 2007, up to and including on or about September 17, 2007, in the Southern District of New York and elsewhere, MALIK S. VOID, a/k/a

"Stacks," the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about May 7, 2004, in New York Supreme Court, New York County, for Criminal Sale of a Controlled Substance in the Third Degree, in violation of New York Penal Law 110-220.39(1), a Class C felony, unlawfully, willfully, and knowingly, did possess in and affecting commerce, three firearms and ammunition which previously had been shipped and transported in interstate commerce, to wit, Void possessed: (i) a Glock Model 30 .45 caliber semi-automatic pistol, and Remington-Peters .45 caliber ammunition; (ii) a Bryco Arms model Jennings Nine 9 millimeter semi-automatic pistol, and Winchester nine millimeter ammunition; and (iii) a Bryco Arms model Jennings T380, .380 caliber semi-automatic pistol, and Remington and Peters .380 caliber ammunition.

(Title 18, United States Code, Section 922(g)(1).)

## COUNT THREE

The Grand Jury further charges:

3.   On or about August 30, 2007, in the Southern District of New York, and elsewhere, MALIK S. VOID, a/k/a "Stacks," the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled

substance, to wit, less than 50 grams of mixtures and substances containing a detectable amount of cocaine.

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C); Title 18, United States Code, Section 2.)

_____            _____
FOREPERSON                                  MICHAEL J. GARCIA
                                            United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

MALIK S. VOID, a/k/a "Stacks,"

Defendant.

---

**INDICTMENT**

07 Cr.

(18 U.S.C. §§ 2, 922(a)(1)(A), 922(g),
and 21 U.S.C. §§ 812, 841(a)(1), and
841(b)(1)(C).)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*
Foreperson.

*12/10/07 Filed Indictment. Case assigned to Judge Preska.*

*[signature]*