

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

RECEIVED
FEB X 2008
LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S. D. N. Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-11-08

February 6, 2008

**BY HAND**

**MEMO ENDORSED**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

    Re:  United States v. Malik S. Void, a/k/a "Stacks"
          07 Cr. 1120 (LAP)

Dear Judge Preska:

    A status conference in the above-captioned matter was scheduled for February 6, 2008, at 12:15 p.m. The Government produced discovery on December 14, 2007, and the parties have been actively discussing a possible resolution of this case. Accordingly, the Government, joined by counsel for defendant Malik S. Void, respectfully request an adjournment until March 24, 2008 at 3:00 p.m. There have been no previous requests for adjournments. Defense counsel consents to the adjournment.

    Should Your Honor grant the request for an adjournment, the Government also respectfully requests that the Court exclude time from February 6, 2008 until March 24, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance

SO ORDERED

*Loretta A. Preska* (signature)
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

February 7, 2008

Honorable Loretta A. Preska
February 6, 2008
Page 2 of 2

outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the parties to continue to engage in discussions regarding a potential disposition. Defense counsel consents to this request for the exclusion of time.

                                Respectfully submitted,

                                MICHAEL J. GARCIA
                                United States Attorney

By: _____
     Nick Lewin
     Assistant U.S. Attorney
     (212) 637-2337

Enclosure

cc by fax:    John J. Byrnes, Esq.
                Attorney for Defendant Malik S. Void