



U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 3, 2008

By Hand

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

    Re: **United States v. Malik S. Void**
        **07 Cr. 1120 (LAP)**

Dear Judge Preska:

    A status conference in the above-captioned matter was scheduled for April 7, 2008, at 4:30 p.m. The parties have been actively discussing a possible resolution of this case, and accordingly, the Government respectfully requests an adjournment until May 8, 2008 at 4:00 p.m. John J. Byrnes, counsel for defendant Malik S. Void, consents to the adjournment.

    Should Your Honor grant the request for an adjournment, the Government also respectfully requests that the Court exclude time from April 7, 2008 until May 8, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the

Honorable Loretta A. Preska
April 3, 2008
Page 2 of 2

interest of the public and the defendant in a speedy trial because the continuance will allow the parties to continue to engage in discussions regarding a potential disposition. Defense counsel consents to this request for the exclusion of time.

① and ② above are approved.

SO ORDERED
*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

April 7, 2008

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: */s/ Nicholas Lewin*
Nicholas Lewin
Assistant U.S. Attorney
(212) 637-2337

cc by fax:    John J. Byrnes, Esq.
              Attorney for Defendant Malik S. Void