**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 12, 2008

By Hand

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

    Re:  **United States v. Malik S. Void**
           **07 Cr. 1120 (LAP)**

Dear Judge Preska:

    A status conference in the above-captioned matter was scheduled for May 15, 2008, at 10:00 a.m. The parties have been actively discussing a possible resolution of this case. However, John J. Byrnes, counsel for defendant, Malik S. Void was informed today that the defendant is under quarantine in the Metropolitan Correctional Center, and thus Mr. Byrnes is unable to meet with his client. Accordingly, the Government respectfully requests an adjournment until May 28, 2008 at 10:00 a.m.; Mr. Byrnes consents to the adjournment.

    Should Your Honor grant the request for an adjournment, the Government also respectfully requests that the Court exclude time from May 15, 2008 until May 28, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the

Honorable Loretta A. Preska
May 12, 2008
Page 2 of 2

interest of the public and the defendant in a speedy trial because the continuance will allow the parties to continue to engage in discussions regarding a potential disposition. Defense counsel consents to this request for the exclusion of time.

① and ② above are granted.

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

May 20, 2008

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: */s/ Nichol Lewin*
Nicholas Lewin
Assistant U.S. Attorney
(212) 637-2337

cc by fax:   John J. Byrnes, Esq.
             Attorney for Defendant Malik S. Void