U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 28, 2008

By Hand

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1320
New York, New York 10007

    Re:  **United States v. Malik S. Void**
          **07 Cr. 1120 (LAP)**

Dear Judge Preska:

    A status conference in the above-captioned matter was scheduled for May 28, 2008, at 10:00 a.m. The parties have been actively discussing a possible resolution of this case. However, the defendant could not be produced for the status conference because he remains under quarantine in the Metropolitan Correctional Center. Accordingly, the Government respectfully requests an adjournment until July 1, 2008 at 4:00 p.m.; David E. Patton of the Federal Defenders of New York, consents to the adjournment on behalf of John J. Byrnes, counsel for the defendant.

    Should Your Honor grant the request for an adjournment, the Government also respectfully requests that the Court exclude time from May 28, 2008 until July 1, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

June 3, 2008

interest of the public and the defendant in a speedy trial because the continuance will allow the parties to continue to engage in discussions regarding a potential disposition. Defense counsel consents to this request for the exclusion of time.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: ______________________
Nicholas Lewin
Assistant U.S. Attorney
(212) 637-2337

cc by fax: John J. Byrnes, Esq.
Attorney for Defendant Malik S. Void