```
                                        ╔════════════════════════╗
                                        ║ USDC SDNY              ║
                                        ║ DOCUMENT               ║
UNITED STATES DISTRICT COURT            ║ ELECTRONICALLY FILED   ║
SOUTHERN DISTRICT OF NEW YORK           ║ DOC #:                 ║
- - - - - - - - - - - - - - - - - - x   ║ DATE FILED: 7/23/08    ║
                                        ╚════════════════════════╝
UNITED STATES OF AMERICA              :

          - v. -                      :    ORDER

MALIK S. VOID,                        :
     a/k/a "Stacks,"                       07 Cr. 1120 (LAP)
                                      :

               Defendant.
                                      :
- - - - - - - - - - - - - - - - - - x
```

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on July 1, 2008;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:     New York, New York
           July 23    , 2008


           _____
           THE HONORABLE LORETTA A. PRESKA
           UNITED STATES DISTRICT JUDGE